**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **J. T. BIRSTON,** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | **CASE NO. 5:07-CV-68 (HL)** |
| | : | |
| **Sheriff TOMLYN PRIMUS, et al,** | : | |
| | : | |
| Defendants | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc.7) filed March 13, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed within the allotted time.

**SO ORDERED,** this the 13th day of June, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge
United States District Court**