IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

J. T. BIRSTON,

                    Plaintiff

          VS.                                    NO.  5:07-CV-68 (HL)

T. PRIMUS, *et al.*,

                    Defendants              **PROCEEDINGS UNDER 42 U.S.C. §1983**
                                            **BEFORE THE U. S. MAGISTRATE JUDGE**

## RECOMMENDATION

On November 6, 2007, the undersigned issued an ORDER directing plaintiff J. T. BIRSTON

to SHOW CAUSE why his case should not be dismissed for failure to diligently prosecute his case,

specifically citing the plaintiff's failure to advise the court of any changes in his address.  Tab #22.

On November 19, 2007, the court's November 6th Order was returned as undeliverable.  Tab #23.

Accordingly, IT IS RECOMMENDED that the above-styled case be **DISMISSED** *with*

*prejudice* because of plaintiff's failure to prosecute the action and failure to comply with a court

order.  Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this

RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10)**

**DAYS** after being served with a copy thereof.  The Clerk is directed to forward this order to the

LAST ADDRESS provided by plaintiff.

SO RECOMMENDED this 20th day of NOVEMBER, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE