# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **J.T. BIRSTON,** | : | |
| Plaintiff, | : | |
| v. | : | 5:07-cv-68 (HL) |
| **SHERIFF TOMLYN PRIMUS, et al.,** | : | |
| Defendants. | : | |

## ORDER

The Recommendation of the United States Magistrate Judge (Doc. 24) filed November 20, 2007 has been read and considered. No objections to the Magistrate Judge's Recommendation were filed within the allotted time. The Court dismisses the above-styled case without prejudice. The Recommendation is hereby, approved, adopted and made the Order of the Court in all other respects.

**SO ORDERED,** this the 17th day of December, 2007.

/s/
HUGH LAWSON, Judge
United States District Court

tch